# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

MATTHEW D. LEONARD and minor children, E.E.L. and K.A.L.,

    Plaintiffs,

v.

ROBERT P. VANDEHEY, individually and acting in his official capacity as circuit judge of Grant County,

    Defendant.

**JUDGMENT IN A CIVIL CASE**

Case No.: 3:08-cv-0016-bbc

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

This case is dismissed against defendant.

THERESA M. OWENS
_____
Theresa M. Owens, Clerk

/s/ S. Vogel            1/23/08
_____    _____
by Deputy Clerk            Date